Scott R. Pettitt, Esq.
Nevada Bar No. 11682
MGM RESORTS INTERNATIONAL
6385 S. Rainbow Blvd., Suite 500
Las Vegas, NV 89118
Telephone: (702) 692- 5672
Fax No.: (702) 669-4501
Emails: spettitt@mgmresorts.com
*Attorneys for Defendant MGM Resorts International*

# THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEVADA

| CATELYN H., pseudonymously, | CASE NO. 2:24-cv-00939 |
|---|---|
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO DISMISS DEFENDANT MGM RESORTS INTERNATIONAL WITHOUT PREJUDICE** |
| G6 HOSPITALITY, LLC, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED, by and between Plaintiff CATELYN H. and Defendant MGM RESORTS INTERNATIONAL, by and through their respective counsel of record, that The Mirage Casino-Hotel, LLC was the operator of "The Mirage Las Vegas" at all times relevant to the allegations contained in the Complaint.

IT IS FURTHER STIPULATED that Defendant MGM RESORTS INTERNATIONAL be dismissed without prejudice.

IT IS FURTHER STIPULATED that the case caption shall be amended to reflect the foregoing dismissal.

IT IS FURTHER STIPULATED that if MGM RESORTS INTERNATIONAL is added back into this action, the amended pleadings shall relate back to the date of filing of the original Complaint for statute of limitations purposes.

/ / /

/ / /

/ / /

IT IS FURTHER STIPULATED that if MGM RESORTS INTERNATIONAL, a Delaware Corporation, is served in this action with a subpoena for deposition pursuant to NRCP 30(b)(6) in Nevada, that it waives any objections to the subpoena based upon jurisdiction.

DATED this 31st day of May, 2024.                   DATED this 31st day of May 2024.

                                                    **THE 702 FIRM INJURY LAWYERS**

/s/ Scott R. Pettitt                                /s/ Michael C. Kane
_____                               _____
Scott R. Pettitt, Esq.                              Michael C. Kane, Esq.
Nevada Bar No. 11682                                Nevada Bar No. 10096
6385 S. Rainbow Blvd., Suite 500                    Bradley J. Myers, Esq.
Las Vegas, Nevada 89109                             Nevada Bar No. 8857
*Attorneys for Defendant*                           8335 West Flamingo Road
*MGM Resorts International*                         Las Vegas, Nevada 89147
                                                    *Attorneys for Plaintiff*

### ORDER

BASED UPON THE STIPULATION OF COUNSEL,

**IT IS HEREBY ORDERED** that all claims against Defendant MGM RESORTS INTERNATIONAL are dismissed without prejudice.

**IT IS HEREBY ORDERED** that the case caption shall be amended to reflect the dismissal of Defendant MGM RESORTS INTERNATIONAL.

**IT IS HEREBY ORDERED** that in the event MGM RESORTS INTERNATIONAL is added back into this action, the amended pleadings shall relate back to the original Complaint for statute of limitations purposes.

**IT IS HEREBY ORDERED** that if MGM RESORTS INTERNATIONAL, a Delaware Corporation, is served in this action with a subpoena for deposition pursuant to NRCP 30(b)(6) in Nevada, that it waives any objections to the subpoena based upon jurisdiction.

_____
UNITED STATES DISTRICT JUDGE

DATED: June 3, 2024