1

**ARMSTRONG TEASDALE LLP**
KEVIN R. STOLWORTHY, ESQ.

2

Nevada Bar No.: 2798
TRACY A. DIFILLIPPO, ESQ.

3

Nevada Bar No.: 7676
7160 Rafael Rivera Way, Suite 320

4

Las Vegas, Nevada 89113
T: 702.473.7092 | F:702.878.9995

5

kstolworthy@atllp.com
tdifillippo@atllp.com

6

7

**DLA PIPER LLP (US)**
David S. Sager (*Pro Hac Vice Forthcoming*)

8

david.sager@us.dlapiper.com
51 John F. Kennedy Parkway, Suite 120

9

Short Hills, New Jersey 07078
T: 973.523.5400 | F: 973.215.2604

10

11

Kyle T. Orne (*Pro Hac Vice Forthcoming*)
kyle.orne@us.dlapiper.com

12

2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232

13

T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

14

*Attorneys for Defendant*
*Wyndham Hotels & Resorts, Inc.*

15

16

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEVADA

17

18

CATELYN H., pseudonymously.

Case No. 2:24-cv-00939-JCM-DJA

19

Plaintiff,

JOINT MOTION

20

v.

~~STIPULATION~~ **AND ORDER FOR**
**EXTENSION OF TIME TO RESPOND TO**
**COMPLAINT**

21

G6 HOSPITALITY, LLC, WYNDHAM
HOTELS & RESORTS, INC.,

22

LAS VEGAS SANDS CORP.,
BOYD GAMING CORP.,

**(FIRST REQUEST)**

23

MGM RESORTS INTERNATIONAL,
HARD ROCK INTERNATIONAL (USA),

24

INC., JOHN DOE CORPS. 1-9,

25

Defendants.

26

27

28

1

Defendants Wyndham Hotels & Resorts, Inc. ("Wyndham") and Plaintiff Catelyn H. ("Plaintiff"), through their respective counsel of record, hereby stipulate and agree as follows:

1.    On April 21, 2024 Plaintiff Catelyn H. ("Plaintiff") filed her Complaint in the Eighth Judicial District Court, Clark County, Nevada.

2.    On April 23, 2024 Wyndham was served with Plaintiffs complaint.

3.    On May 17, 2024 a Notice of Removal was filed, removing the case to the District of Nevada (ECF No. 1).

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

a.     Pursuant to LR IA 6-1, the Parties hereby stipulate that Wyndham's deadline for answering the Complaint, or for moving pursuant to Federal Rule of Civil Procedure 12, shall be extended from the current deadline to **June 13, 2024**.  This is the first request for an extension to Wyndham's deadline to respond to the complaint and is made in good faith to provide Wyndham sufficient time to review, analyze, and respond to the allegations in the complaint and not for the purpose of delay.

DATED: June 4, 2024.

| **THE702FIRM INJURY ATTORNEYS** | **ARMSTRONG TEASDALE LLP** |
|---|---|
| By: */s/ Michael C. Kane*  Michael C. Kane, Esq. SBN 10096 mike@the702firm.com Bradley J. Myers, Esq. SBN 8857 8335 West Flamingo Road Las Vegas, Nevada 89147 mckteam@the702firm.com | By: */s/ Tracy A. DiFillippo*  Kevin R. Stolworthy SBN 2798 kstolworthy@atllp.com Tracy A. DiFillippo SBN tdifilippo@atllp.com 7160 Rafael Rivera Way, Suite 320 Las Vegas, Nevada 89113 |
| **HILTON PARKER LLC**  Geoffrey C. Parker, Esq. (*Pro Hac Vice forthcoming*) Ohio Bar No. 0096049 7658 Slate Ridge Boulevard Reynoldsburg, Ohio 43068 gparker@hiltonparker.com | **DLA PIPER LLP (US)**  David S. Sager (*Pro Hac Vice Forthcoming*) david.sager@us.dlapiper.com 51 John F. Kennedy Parkway, Suite 120 Short Hills, New Jersey 07078 |
| *Attorneys for Plaintiff* *Catelyn H.* | Kyle T. Orne (*Pro Hac Vice Forthcoming*) kyle.orne@us.dlapiper.com 2525 East Camelback Road, Suite 1000 Phoenix, Arizona 85016-4232 T: 480.606.5100 \| F: 480.606.5101 dlaphx@us.dlapiper.com |
| | *Attorneys for Defendant* *Wyndham Hotels & Resorts, Inc. and* *Las Vegas Sands Corp.* |

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion.  The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).  The Court GRANTS the joint motion (ECF No. 16).

DATED: 6/5/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE