**KEMP JONES**
Michael J. Gayan (SBN 11135)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
Email: m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (*Pro Hac Vice pending*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078
T: 973.520.2550 | F: 973.520.2551
Email: david.sager@us.dlapiper.com

Kyle T. Orne (*Pro Hac Vice pending*)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016
T: 480.606.5100 | F: 480.606.5101
Email: dlaphx@us.dlapiper.com

*Attorneys for Las Vegas Sands Corp.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATELYN H., pseudonymously,<br><br>　　Plaintiff,<br><br>　v.<br><br>G6 HOSPITALITY, LLC, WYNDHAM HOTEL & RESORTS, INC., LAS VEGAS SANDS CORP., BOYD GAMING CORP., HARD ROCK INTERNATIONAL (USA), INC., JOHN DOE CORPS. 1–9.<br><br>　　Defendants. | Case No. 2:24-cv-00939-JCM-DJA<br><br>JOINT MOTION <s>STIPULATION</s> AND ORDER TO EXTEND DEADLINE FOR LAS VEGAS SANDS CORP. TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF. NO. 1)<br><br>(FIRST REQUEST) |

Defendant LAS VEGAS SANDS CORP. ("the Sands") and Plaintiff CATELYN H. ("Catelyn"), through their respective counsel of record, hereby stipulate and agree as follows:

1

1.     On April 21, 2024, Catelyn commenced this case by filing her Complaint in the Eighth Judicial District Court, Clark County, Nevada. ECF No. 1-1.

2.     On April 26, 2024, Catelyn served her Complaint on the Sands.

3.     On or about April 30, 2024, Catelyn's counsel granted the Sands a 30-day extension to respond to the Complaint making the new deadline June 17, 2024.

4.     On May 17, 2024, Defendant Boyd Gaming Corporation removed this action. ECF No. 1.

5.     The parties would like to memorialize their prior agreement to set the Sands' deadline to respond to the Complaint on **June 17, 2024**.

6.     This stipulation will not prejudice the parties' rights, nor will they impact other deadlines established in this case. This is the first request to continue this deadline.

DATED this 4th day of June, 2024.

KEMP JONES LLP

/s/ Michael Gayan
Michael J. Gayan, Esq., SBN 11135
3800 Howard Hughes Pkwy., 17th Fl.
Las Vegas, Nevada 86169

DLA PIPER LLP (US)
David S. Sager (*Pro Hac Vice pending*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 07078

Kyle T. Orne (*Pro Hac Vice pending*)
2525 East Camelback Road, Suite 1000
Phoenix, AZ 85016

*Attorneys for Defendant Las Vegas Sands Corp.*

DATED this 4th day of June, 2024.

THE702FIRM

/s/ Michael Kane
Michael C. Kane, Esq., SBN 10096
Bradley J. Myers, Esq., SBN 8857
8335 West Flamingo Road
Las Vegas, Nevada 89147

Geoffrey C. Parker, Esq.
(*Pro Hace Vice pending*)
HILTON PARKER LLC
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068

*Attorneys for Plaintiff*

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion.  The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c).  The Court GRANTS the joint motion (ECF No. 22).

DATED: 6/5/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE