**KEMP JONES**
Michael J. Gayan (SBN 11135)
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
Email: m.gayan@kempjones.com

**DLA PIPER LLP (US)**
Ellen E. Dew (*Pro Hac Vice forthcoming*)
Sima Fried (*Pro Hac Vice forthcoming*)
650 S. Exeter Street, Suite 1100
Baltimore, MD 21202
T: 410.580.4127 | F: 410.580.3127
Email: ellen.dew@us.dlapiper.com
Email: sima.fried@us.dlapiper.com

*Attorneys for Hard Rock International (USA), Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATELYN H., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY, LLC, WYNDHAM HOTEL & RESORTS, INC., LAS VEGAS SANDS CORP., BOYD GAMING CORP., HARD ROCK INTERNATIONAL (USA), INC., JOHN DOE CORPS. 1–9.<br><br>Defendants. | Case No. 2:24-cv-00939-JCM-DJA<br>**JOINT MOTION**<br>~~STIPULATION~~ **AND ORDER TO EXTEND DEADLINE FOR HARD ROCK INTERNATIONAL (USA), INC. TO RESPOND TO PLAINTIFF'S COMPLAINT (ECF. NO. 1)**<br><br>**(FIRST REQUEST)** |

Defendant HARD ROCK INTERNATIONAL (USA), INC. ("Hard Rock") and Plaintiff CATELYN H. ("Catelyn"), through their respective counsel of record, hereby stipulate and agree as follows:

1

1. On April 21, 2024, Catelyn commenced this case by filing her Complaint in the Eighth Judicial District Court, Clark County, Nevada. ECF No. 1-1.

2. On April 26, 2024, Catelyn served her Complaint on Hard Rock.

3. Thereafter, Catelyn's counsel granted Hard Rock a 30-day extension to respond to the Complaint making the new deadline June 17, 2024.

4. On May 17, 2024, Defendant Boyd Gaming Corporation removed this action. ECF No. 1.

5. The parties would like to memorialize their prior agreement to set Hard Rock's deadline to respond to the Complaint on **June 17, 2024**.

6. This stipulation will not prejudice the parties' rights, nor will they impact other deadlines established in this case. This is the first request to continue this deadline.

| | |
|---|---|
| DATED this 4th day of June, 2024. | DATED this 4th day of June, 2024. |
| KEMP JONES LLP | THE702FIRM |
| */s/ Michael Gayan* | */s/ Michael Kane* |
| Michael J. Gayan, Esq., SBN 11135<br>3800 Howard Hughes Pkwy., 17th Fl.<br>Las Vegas, Nevada 86169 | Michael C. Kane, Esq., SBN 10096<br>Bradley J. Myers, Esq., SBN 8857<br>8335 West Flamingo Road<br>Las Vegas, Nevada 89147 |
| Ellen E. Dew, Esq.<br>(*Pro Hac Vice forthcoming*)<br>Sima Fried, Esq.<br>(*Pro Hac Vice forthcoming*)<br>DLA PIPER LLP (US)<br>650 S. Exeter Street, Suite 1100<br>Baltimore, MD 21202 | Geoffrey C. Parker, Esq.<br>(*Pro Hace Vice pending*)<br>HILTON PARKER LLC<br>7658 Slate Ridge Boulevard<br>Reynoldsburg, Ohio 43068<br><br>*Attorneys for Plaintiff* |
| *Attorneys for Defendant Hard Rock International (USA), Inc.* | |

Under Local Rule 7-1(c), a stipulation that has been signed by fewer than all the parties or their attorneys will be treated - and must be filed - as a joint motion. The Court thus treats this filing as a joint motion and will expect that future filings follow Local Rule 7-1(c). The Court GRANTS the joint motion (ECF No. 23).

DATED: 6/5/2024

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

2