MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
E-Mail:       service@the702firm.com

GEOFFREY C. PARKER, ESQ.
(*Pro Hac Vice*)
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:    (614) 992-2277
Facsimile:    (614) 927-5980
E-Mail:       gparker@hiltonparker.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATELYN H., pseudonymously,<br><br>  Plaintiff,<br>vs.<br><br>G6 HOSPITALITY, LLC, et al.,<br><br>  Defendants. | Case No. : 2:24-cv-939-JCM-DJA<br><br>**STIPULATION AND ORDER TO MODIFY BRIEFING SCHEDULE RELATING TO DEFENDANT BOYD GAMING CORPORATION'S PENDING MOTION TO DISMISS**<br><br>**(FIRST REQUEST)** |

Plaintiff CATELYN H. ("Plaintiff") and Defendant BOYD GAMING CORPORATION ("Boyd"), by and through their respective counsel of record, hereby agree, stipulate, and respectfully request that the Court modify the briefing schedule for Boyd's pending Motion to Dismiss by extending the deadline for Plaintiff's response by twenty-one (21) days, from June 7, 2024, to June 28, 2024, and by extending the deadline for Boyd's reply in support by twenty-eight (28) days, from June 14, 2024 to July 12, 2024.

This is the first request to extend either deadline.  The purpose of this extension is to enhance efficiency by enabling Plaintiff to file an omnibus response addressing both Boyd's Motion to Dismiss and the additional motions to dismiss that the stipulating parties anticipate will likely be filed by the other Defendants

**Summary of Stipulated (Proposed) Briefing Schedule:**

| | |
|---|---|
| Boyd Motion to Dismiss Filed | May 24, 2024 |
| Plaintiff's Response Due | June 28, 2024 |
| Boyd's Reply Due | July 12, 2024 |

Dated: June 6, 2024

/s/ Geoffrey Parker

Geoffrey Parker, Esq. (*Pro Hac Vice*)
HILTON PARKER LLC
7658 Slate Ridge Blvd.
Reynoldsburg, OH 43068
Tel: (614) 992-2277
Fax: (614) 927-5980
gparker@hiltonparker.com
*Attorney for Plaintiff Catelyn H.*

/s/ Emily A. Buchwald (per auth.)

Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
Alexandra N. Mateo, Esq., Bar No. 16275
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100
*Attorneys for Defendant Boyd Gaming Corporation*

PER STIPULATION OF THE PARTIES, the briefing schedule is hereby set as follows: Plaintiff's Response to Defendant Boyd Gaming Corporation's Motion to Dismiss will be due on June 28, 2024; and Defendant Boyd Gaming Corporation's Reply will be due on July 12, 2024.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: June 7, 2024