1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7

8       Case #2:24-cv-00939-JCM-DJA

9   Catelyn H.

10          Plaintiff(s),       **VERIFIED PETITION FOR**
                                 **PERMISSION TO PRACTICE**
                                 **IN THIS CASE ONLY BY**
11       vs.                     **ATTORNEY NOT ADMITTED**
                                 **TO THE BAR OF THIS COURT**
12   G6 Hospitality, LLC, et al. **AND DESIGNATION OF**
                                 **LOCAL COUNSEL**
13

14          Defendant(s).       FILING FEE IS $250.00

15

16      _____Harrison A. Newman_____, Petitioner, respectfully represents to the Court:
                (name of petitioner)

17

18      1.      That Petitioner is an attorney at law and a member of the law firm of

        _____Covington & Burling LLP_____
19                                  (firm name)

20   with offices at _____620 Eighth Avenue_____,
                                   (street address)

21
        _____New York_____, _____New York_____, ___10018___,
22              (city)                      (state)              (zip code)

23      ___(212) 841-1000___, _____hnewman@cov.com_____.
        (area code + telephone number)        (Email address)

24

25      2.      That Petitioner has been retained personally or as a member of the law firm by

        _____Boyd Gaming Corporation_____ to provide legal representation in connection with
26              [client(s)]

27   the above-entitled case now pending before this Court.

28
                                                            Rev. 5/16

3.      That since _____April 20, 2021_____, Petitioner has been and presently is a
                                        (date)

member in good standing of the bar of the highest Court of the State of _____New York_____
                                                                                                                    (state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.      That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, D.D.C. | December 4, 2023 | NY0568 |
| U.S. District Court, E.D.N.Y. | May 24, 2023 | 5834569 |
| U.S. District Court, S.D.N.Y. | May 16, 2023 | 5834569 |
| U.S. Court of Appeals, 3d Cir. | April 28, 2021 | N/A |
| U.S. Court of Appeals, 9th Cir. | June 3, 2022 | N/A |
| | | |
| | | |

5.      That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6.      That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

> None.

7.      That Petitioner is a member of good standing in the following Bar Associations.

> None.

8.      Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.      Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.     Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.     Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                             Petitioner's signature

STATE OF _____ New York _____ )

5  COUNTY OF _____ New York _____ )

6

7     _____ Harrison A. Newman _____, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                            Petitioner's signature

10  Subscribed and sworn to before me this

11

12  __18__ day of __June_____, __2024__.

13  _____

            Notary Public or Clerk of Court

14

15

                        MARY KATHERINE NEAL
                        NOTARY PUBLIC
                        NO. 01NE6441505
                        My Comm. Expires
                        Sep 26, 2026
                        Qualified in Westchester County
                        STATE OF NEW YORK

16        **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**

         **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

  believes it to be in the best interests of the client(s) to designate _____ Todd L. Bice _____,

19                                             (name of local counsel)

  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

20  above-entitled Court as associate resident counsel in this action.  The address and email address of

21  said designated Nevada counsel is:

22

23  _____ 400 S. 7th Street, Suite 400 _____,

                          (street address)

24  ____ Las Vegas ____, ____ Nevada ____, ____ 89101 ____

25      (city)              (state)       (zip code)

26  ____ (702) 214-2100 ____, ____ TLB@pisanellibice.com ____.

27  (area code + telephone number)    (Email address)

28                        4                          Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Todd L. Bice _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Boyd Gaming Corporation, Associate General Counsel
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

## CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

4534                        TLB@pisanellibice.com
Bar number                 Email address

APPROVED:

Dated: June 24, 2024

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

———————

I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

### Harrison Arthur Newman

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **April 20, 2021**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and  according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of Albany on June 14, 2024.

*Clerk of the Court*

CertID-00179133