MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ES
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:    (702) 505-9787
E-Mail:       service@the702firm.com

GEOFFREY C. PARKER, ESQ.
(*Pro Hac Vice*)
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:    (614) 992-2277
Facsimile:    (614) 927-5980
E-Mail:       gparker@hiltonparker.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATELYN H., pseudonymously,<br><br>Plaintiff,<br>vs.<br><br>G6 HOSPITALITY, LLC, et al.<br><br>Defendants. | Case No. : 2:24-cv-939-JCM-DJA<br><br>Judge James C. Mahan<br>Mag. Judge Daniel J. Albregts<br><br>**STIPULATION TO AMEND PLAINTIFF'S COMPLAINT** |

Plaintiff Catelyn H. ("Plaintiff") and Defendants VENETIAN GAMING LAS VEGAS, LLC, BOYD GAMING CORP., and THE MIRAGE CASINO-HOTEL, LLC ("Defendants"), by and through their respective counsel of record, hereby stipulate under Fed. R. Civ. P. 15(a)(2) that Plaintiff may and shall contemporaneously file her First Amended Complaint, which dismisses her CAVRA causes of action against all Defendants and removes entirely her claims against Defendants G6 HOSPITALITY, LLC and WYNDHAM HOTELS & RESORTS, INC.

The parties intend this stipulation to moot Plaintiff's pending Motion to Amend her Complaint (Doc. 51) and for the contemporaneously-filed First Amended Complaint to supersede for all purposes the [Proposed] First Amended Complaint attached as an exhibit to her Motion to Amend. (Doc. 51-1.)

| | |
|---|---|
| Dated: July 11, 2024 | |
| /s/ Geoffrey C. Parker | /s/ Michael Gayan |
| GEOFFREY C. PARKER, ESQ.<br>(Pro Hac Vice)<br>**HILTON PARKER LLC**<br>Ohio Bar No. 0096049<br>7658 Slate Ridge Boulevard<br>Reynoldsburg, Ohio 43068 | Michael J. Gayan (SBN 11135)<br>**KEMP JONES**<br>Wells Fargo Tower, 17th Floor<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>T: 702.385.6000 \| F: 702.385.6001<br>Email: m.gayan@kempjones.com |
| MICHAEL C. KANE, ESQ.<br>Nevada Bar No. 10096<br>BRADLEY J. MYERS, ESQ.<br>Nevada Bar No. 8857<br>JOEL S. HENGSTLER, ESQ.<br>Nevada Bar No. 11597<br>**THE702FIRM INJURY ATTORNEYS**<br>400 South 7th Street, Suite 400<br>Las Vegas, Nevada  89101<br><br>*Attorneys for Plaintiff* | **DLA PIPER LLP (US)**<br>David S. Sager (admitted *pro hac vice*)<br>51 John F. Kennedy Parkway, Suite 120<br>Short Hills, New Jersey 070798-2704<br>Telephone: (973)520-2570<br>Facsimile: (973) 215.2604<br>david.sager@us.dlapiper.com<br><br>Kyle T. Orne (admitted pro hac vice)<br>2525 East Camelback Road, Suite 1000<br>Phoenix, AZ 85016<br>T: 480.606.5100 \| F: 480.606.5101 Email: dlaphx@us.dlapiper.com<br><br>*Attorneys for Defendant Venetian Gaming Las Vegas LLC*<br><br>/s/ Michael Gayan<br><br>Michael J. Gayan (SBN 11135)<br>**KEMP JONES**<br>Wells Fargo Tower, 17th Floor<br>3800 Howard Hughes Parkway<br>Las Vegas, NV 89169<br>T: 702.385.6000 \| F: 702.385.6001<br>Email: m.gayan@kempjones.com<br><br>**DLA PIPER, LLP (US)**<br>Ellen Elizabeth Dew (pro hac vic pending)<br>ellen.dew@us.dlapiper.com<br>Sima G. Fried (pro hac vice pending)<br>sima.fried@us.dlapiper.com<br><br>*Attorneys for Defendant The Mirage Casino – Hotel, LLC* |

/s/ *Todd L. Bice*
Todd L. Bice (Nevada Bar No. 4534)
Emily A. Buchwald (Nevada Bar No. 13442)
**PISANELLI BICE PLLC**
400 S. 7th Street, Suite 400
Las Vegas, NV 89101
(702) 214-2100
tlb@pisanellibice.com
eab@pisanellibice.com

Neil K. Roman (*pro hac vice* forthcoming)
Edward H. Rippey (*pro hac vice* forthcoming)
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW Washington, DC
20001-4956 (202) 662-6000
nroman@cov.com
erippey@cov.com

Amanda Kramer (*pro hac vice* forthcoming)
**COVINGTON & BURLING LLP**
The New York Times Building
620 Eighth Avenue
New York, NY 10018-1405 (212) 841-1000
akramer@cov.com
*Attorneys for Defendant Boyd Gaming Corporation*

IT IS THEREFORE ORDERED that the parties' stipulation (ECF No. 54) is GRANTED.

IT IS FURTHER ORDERED that the amended complaint filed at ECF No. 55 shall be the operative complaint.

IT IS FURTHER ORDERED that the motion to amend (ECF No. 51) is DENIED as moot.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: July 12, 2024