MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ES
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
8335 West Flamingo Road
Las Vegas, Nevada 89147
Telephone:    (702) 776-3333
Facsimile:     (702) 505-9787
*E-Mail:*       service@the702firm.com

GEOFFREY C. PARKER, ESQ.
(*Pro Hac Vice*)
**HILTON PARKER LLC**
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068
Telephone:    (614) 992-2277
Facsimile:     (614) 927-5980
*E-Mail:*       gparker@hiltonparker.com

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| CATELYN H., pseudonymously,<br><br>         Plaintiff,<br>vs.<br><br>VENETIAN GAMING LAS VEGAS, LLC,<br>BOYD GAMING CORP., and<br>THE MIRAGE CASINO-HOTEL, LLC,<br><br>         Defendants. | Case No. : 2:24-cv-939<br>Judge James C. Mahan<br>Mag. Judge Daniel J. Albregts<br><br>**PLAINTIFF'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE RELATING TO DEFENDANTS' PENDING MOTIONS TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT (FIRST REQUEST)** |

Plaintiff Catelyn H. ("Plaintiff"), by and through her counsel of record HILTON PARKER LLC and THE702FIRM INJURY ATTORNEYS, hereby moves for and respectfully requests a seven (7)-day extension of the deadlines for Plaintiff to respond to Defendants' pending motions to dismiss, as well as an additional seven (7)-day extension of Defendants' deadlines to reply in support, resulting in deadlines of August 15 and August 29, 2024, respectively.

This is the first request to extend this deadline. Good cause exists because both partners at HILTON PARKER LLC—who are the primary briefwriters on Plaintiff's legal team—were engaged in taking the Nevada Bar Exam during the week of July 29th–August 2nd. Another week of writing time will therefore enable Plaintiff's counsel to provide a more helpful brief.

| | |
|---|---|
| 1 | Plaintiff's counsel has conferred with the undersigned counsel for Defendants VENETIAN GAMING LAS VEGAS, LLC, BOYD GAMING CORP., and THE MIRAGE CASINO-HOTEL, LLC, who represent that their clients do not oppose the requested extension. |

**Summary of Proposed Briefing Schedule:**

| | |
|---|---|
| Motions to Dismiss Filed | July 25, 2024 |
| Plaintiff's Response(s) Due | August 15, 2024 |
| Defendants' Replies Due | August 29, 2024 |

Dated: August 7, 2024

*/s/ Geoffrey C. Parker*
GEOFFREY C. PARKER, ESQ.
*(Pro Hac Vice)*
**HILTON PARKER LLC**
Ohio Bar No. 0096049
7658 Slate Ridge Boulevard
Reynoldsburg, Ohio 43068

MICHAEL C. KANE, ESQ.
Nevada Bar No. 10096
BRADLEY J. MYERS, ESQ.
Nevada Bar No. 8857
JOEL S. HENGSTLER, ESQ.
Nevada Bar No. 11597
**THE702FIRM INJURY ATTORNEYS**
400 South 7th Street, Suite 400
Las Vegas, Nevada 89101
*Attorneys for Plaintiff*

*/s/ Michael Gayan*
Michael J. Gayan (SBN 11135)
**KEMP JONES**
Wells Fargo Tower, 17th Floor
3800 Howard Hughes Parkway
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
Email: m.gayan@kempjones.com

**DLA PIPER LLP (US)**
David S. Sager (admitted *pro hac vice*)
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey 070798-2704
Telephone: (973)520-2570
Facsimile: (973) 215.2604
david.sager@us.dlapiper.com

PLAINTIFF'S UNOPPOSED MOTION TO MODIFY BRIEFING SCHEDULE IS GRANTED, and the briefing schedule is hereby set as follows: Plaintiff's Responses to Defendants' Motions to Dismiss will be due on August 15, 2024; and Defendants' Replies will be due on August 29, 2024.

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

Dated: August 7, 2024

| | |
|---|---|
| 1 | Kyle T. Orne (admitted *pro hac vice*) |
| 2 | 2525 East Camelback Road, Suite 1000<br>Phoenix, AZ 85016 |
| 3 | T: 480.606.5100 \| F: 480.606.5101 Email:<br>dlaphx@us.dlapiper.com |
| 4 | *Attorneys for Defendant Venetian Gaming Las Vegas LLC* |
| 5 | |
| 6 | */s/ Michael Gayan*<br>Michael J. Gayan (SBN 11135) |
| 7 | **KEMP JONES** |
| 8 | Wells Fargo Tower, 17th Floor<br>3800 Howard Hughes Parkway |
| 9 | Las Vegas, NV 89169<br>T: 702.385.6000 \| F: 702.385.6001 |
| 10 | Email: m.gayan@kempjones.com |
| 11 | **DLA PIPER, LLP (US)** |
| 12 | Ellen Elizabeth Dew (admitted *pro hac vic*)<br>ellen.dew@us.dlapiper.com |
| 13 | Sima G. Fried (pro hac vice pending)<br>sima.fried@us.dlapiper.com |
| 14 | *Attorneys for Defendant The Mirage Casino – Hotel, LLC* |
| 15 | |
| 16 | */s/ Todd L. Bice*<br>Todd L. Bice (Nevada Bar No. 4534) |
| 17 | Emily A. Buchwald (Nevada Bar No. 13442)<br>**PISANELLI BICE PLLC** |
| 18 | 400 S. 7th Street, Suite 400<br>Las Vegas, NV 89101 |
| 19 | (702) 214-2100<br>tlb@pisanellibice.com |
| 20 | eab@pisanellibice.com |
| 21 | Neil K. Roman (*pro hac vice*)<br>Edward H. Rippey (*pro hac vice*) |
| 22 | **COVINGTON & BURLING LLP**<br>One CityCenter |
| 23 | 850 Tenth Street, NW Washington, DC<br>20001-4956 (202) 662-6000 |
| 24 | nroman@cov.com<br>erippey@cov.com |
| 25 | Amanda Kramer (*pro hac vice*) |
| 26 | **COVINGTON & BURLING LLP**<br>The New York Times Building |
| 27 | 620 Eighth Avenue<br>New York, NY 10018-1405 (212) 841-1000 |
| 28 | akramer@cov.com<br>*Attorneys for Defendant Boyd Gaming Corp.* |