**ARMSTRONG TEASDALE LLP**
KEVIN R. STOLWORTHY, ESQ.
Nevada Bar No.: 2798
TRACY A. DIFILLIPPO, ESQ.
Nevada Bar No.: 7676
7160 Rafael Rivera Way, Suite 320
Las Vegas, Nevada 89113
T: 702.473.7092 | F:702.878.9995
kstolworthy@atllp.com
tdifillippo@atllp.com

**DLA PIPER LLP (US)**
David S. Sager (admitted *pro hac vice*)
david.sager@us.dlapiper.com
51 John F. Kennedy Parkway Suite 120
Short Hills, New Jersey 07078-2704
Tel: 973.520.2550
Fax: 973.520.2551

Kyle T. Orne (admitted *pro hac vice*)
kyle.orne@us.dlapiper.com
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016-4232
T: 480.606.5100 | F: 480.606.5101
dlaphx@us.dlapiper.com

*Attorneys for Defendant*
*Wyndham Hotels & Resorts, Inc*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATELYN H., pseudonymously,<br><br>Plaintiff,<br><br>vs.<br><br>G6 HOSPITALITY, LLC, WYNDHAM HOTEL & RESORTS, INC., LAS VEGAS SANDS CORP., BOYD GAMING CORP., MGM RESORTS INTERNATIONAL, HARD ROCK INTERNATIONAL (USA), INC. JOHN DOE CORPS. 1-9<br><br>Defendants. | Case No.: 2:24-CV-00939-JCM-DJA<br><br><br>**DEFENDANT WYNDHAM HOTELS & RESORTS, INC.'S MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST** |

1    Defendant Wyndham Hotels & Resorts, Inc. (Wyndham) by and through its counsel of

2    record, hereby files this Motion for Removal from CM/ECF Service List in the above-captioned

3    matter.  The basis of this motion is that Wyndham was terminated from this action on July 11, 2024,

4    pursuant to Plaintiffs Notice of Dismissal of G6 Hospitality, LLC and Wyndham Hotles & Resorts,

5    Inc., Only Under Rule 41(a)(1)(A)(i) [ECF 53].

Dated:  August 7, 2024                    Respectfully submitted,

**ARMSTRONG TEASDALE LLP**

By:/s/ *Tracy A. DiFillippo*
    Kevin R. Stolworthy SBN 2798
    kstolworthy@atllp.com
    Tracy A. DiFillippo SBN
    tdifillippo@atllp.com
    7160 Rafael Rivera Way, Suite 320
    Las Vegas, Nevada 89113

**DLA PIPER LLP (US)**
    David S. Sager (admitted *pro hac vice*)
    51 John F. Kennedy Parkway, Suite 120
    Short Hills, New Jersey 070798-2704
    david.sager@us.dlapiper.com

    Kyle T. Orne (admitted *pro hac vice*)
    kyle.orne@us.dlapiper.com
    2525 East Camelback Road, Suite 1000
    Phoenix, Arizona 85016-4232
    dlaphx@us.dlapiper.com

    *Attorneys for Defendant Wyndham Hotels & Resorts,*
    *Inc.*

IT IS THEREFORE ORDERED that Defendant Wyndham Hotels & Resorts, Inc.'s motion
(ECF No. 64) is GRANTED.  The Clerk of Court is kindly directed to remove counsel for
Wyndham from the service list for this case.

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 8, 2024

2

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

<u>**CERTIFICATE OF SERVICE**</u>

Pursuant to Fed.R.Civ.P.5(b) and Section IV of District of Nevada Electronic Filing Procedures, I certify that I am an employee of ARMSTRONG TEASDALE LLP, and on August 7, 2024, **DEFENDANT WYNDHAM HOTELS & RESORTS, INC.'S MOTION FOR REMOVAL FROM CM/ECF SERVICE LIST** was served through the CM/ECF to all parties on the service list.

*/s/ Christie Rehfeld*
An Employee of Armstrong Teasdale LLP