UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CATELYN H., pseudonymously, | Case No.2:24-CV-939 JCM (DJA) |
| Plaintiff(s), | |
| v. | ORDER |
| G6 HOSPITALITY, LLC, | |
| Defendant(s). | |

    Presently before the court is defendants' motion for leave to file supplemental authority. (ECF No. 78).  Plaintiff filed a response (ECF No. 79), to which defendants replied (ECF No. 80).

    Defendants Boyd Gaming Corporation, Venetian Gaming Las Vegas LLC, and The Mirage Casino Hotel, LLC seek leave to file supplemental authority in support of their respective motions to dismiss plaintiff's first amended complaint.  Specifically, defendants seek to admit Judge Gordon's decision in *Tyla D. v. MGM Resorts International*, No. 2:24-cv-00698-APG-BNW (D. Nev. Nov. 20, 2024), based on alleged similarities between the cases.  Plaintiff opposes the motion, and alternatively requests leave to file additional supplemental authority from this court in the case *Sarah C. v. Hilton Franchise Holding LLC et al.*, No. 2:23-cv-02037-APG-DJA (D. Nev. Nov. 12, 2024).

    The Court may grant leave to file supplemental authorities "for good cause."  LR 7-2(g). "Good cause may exist either when the proffered supplemental authority controls the outcome of the litigation, or when the proffered supplemental authority is precedential, or particularly persuasive or helpful." *Alps Prop. & Cas. Ins. Co. v. Kalicki Collier, LLP*, 526 F.3d 805, 812 (D. Nev. 2021).  Here, the court finds good cause exists to grant both the defendants' motion and plaintiff's request to supplement, as the new authority may have a persuasive effect on the outcome

1  of this litigation.

2  Accordingly,

3  IT IS HEREBY ORDERED, ADJUDGED, and DECREED that defendants' motion for
4  leave to supplement (ECF No. 78) be, and the same hereby is, GRANTED.

5  IT IS FURTHER ORDERED that plaintiff Catelyn H. (pseudonymously) is granted leave
6  to supplement with the authority represented in the response to defendants' motion (ECF No. 79).

7  DATED January 30, 2025.

_____
UNITED STATES DISTRICT JUDGE