**KEMP JONES, LLP**
Nathanael R. Rulis, Esq.
Nevada Bar No. 11259
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, NV 89169
T: 702.385.6000 | F: 702.385.6001
n.rulis@kempjones.com

**DLA PIPER LLP (US)**
Ellen Elizabeth Dew *(Admitted pro hac vice)*
ellen.dew@us.dlapiper.com
Sima G. Fried *(Admitted pro hac vice)*
sima.fried@us.dlapiper.com
650 S Exeter Street Suite 1100
Baltimore, Maryland 21202-4576
T: 410.580.3000 | F: 410.580.3001

*Attorneys for Defendant*
*The Mirage Casino – Hotel, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| CATELYN H., pseudonymously, | Case No. 2:24-cv-00939-JCM-DJA |
| Plaintiff, | |
| v. | **NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** |
| VENETIAN GAMING LAS VEGAS, LLC, BOYD GAMING CORP., and THE MIRAGE CASINO – HOTEL, LLC, | |
| Defendants. | |

/ / /

/ / /

/ / /

i

1  TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

2      Please take notice that Michael J. Gayan, Esq. has disassociated from Kemp Jones, LLP.
3  Mr. Gayan is no longer associated as counsel for Defendant The Mirage Casino – Hotel, LLC and
4  current counsel is respectfully requesting that Mr. Gayan be removed from the service list for this
5  matter.

6      Defendant continues to be represented by Nathanael Rulis, Esq. at Kemp Jones, LLP and
7  Ellen Dew, Esq. and Sima Fried, Esq. at DLA PIPER LLP (US).

8      DATED this 31st day of January, 2025.

Respectfully submitted,

**KEMP JONES, LLP**

/s/ Nathanael R. Rulis
Nathanael R. Rulis, Esq. (#11259)
3800 Howard Hughes Parkway, 17th Floor
Las Vegas, Nevada 89169

**DLA PIPER LLP (US)**
Ellen Elizabeth Dew *(Admitted pro hac vice)*
Sima G. Fried *(Admitted pro hac vice)*
650 S Exeter Street Suite 1100
Baltimore, Maryland 21202-4576

*Attorneys for Defendant The Mirage Casino - Hotel LLC*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: 2/3/2025

2

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of January, 2025, I served a true and correct copy of the foregoing **NOTICE OF DISASSOCIATION OF COUNSEL AND REQUEST FOR REMOVAL FROM SERVICE LIST** via the United States District Court's CM/ECF electronic filing system to all parties on the e-service list.

                                               */s/ Pamela McAfee*
                                             An employee of Kemp Jones LLP