Todd L. Bice, Esq., Bar No. 4534
TLB@pisanellibice.com
Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone:  702.214.2100

Neil K. Roman (Admitted *pro hac vice*)
Edward H. Rippey (Admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000
nroman@cov.com
erippey@cov.com

Amanda Kramer (Admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018
(212) 841-1000
akramer@cov.com

*Attorneys for Defendant*
BOYD GAMING CORPORATION

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| CATELYN H., pseudonymously,<br><br>Plaintiff,<br><br>v.<br><br>G6 HOSPITALITY, LLC, WYNDHAM HOTEL & RESORTS, INC., VENETIAN LAS VEGAS GAMING, LLC, BOYD GAMING CORP., THE MIRAGE CASINO-HOTEL, LLC, JOHN DOE CORPS. 1-9,<br><br>Defendants. | CASE NO.:  2:24-cv-00939-JCM-DJA<br><br>**MOTION TO WITHDRAW HARRISON A. NEWMAN, ESQ. AS COUNSEL OF RECORD** |

TO: THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

REQUEST IS HEREBY MADE THAT Harrison A. Newman, Esq., respectfully move this

Court for leave to withdraw his appearance on behalf of Defendant Boyd Gaming Corporation in

the above-captioned action due to his forthcoming departure from the law firm Covington & Burling LLP. Notices should no longer be sent to the following email: hnewman@cov.com.

This Motion is made pursuant to Local Rule IA 11-6(b). Boyd Gaming Corporation will continue to be represented by Todd L. Bice and Emily A. Buchwald of Pisanelli Bice PLLC and Neil K. Roman, Edward H. Rippey, and Amanda Kramer of Covington & Burling LLP, all of whom have appeared in this case. As such, the proposed withdrawal of Mr. Newman will not result in any delays in litigating this action. Notice of the proposed withdrawal of Mr. Newman is being provided to all counsel through this filing.

Accordingly, Mr. Newman can be removed from the service list for the above-entitled case.

DATED this 10th day of February 2026.

PISANELLI BICE PLLC

By: */s/ Emily A. Buchwald*
Todd L. Bice, Esq., Bar No. 4534
Emily A. Buchwald, Esq., Bar No. 13442
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

Neil K. Roman, Esq. (Admitted *pro hac vice*)
Edward H. Rippey, Esq.  (Admitted *pro hac vice*)
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

Amanda Kramer (Admitted *pro hac vice*)
COVINGTON & BURLING LLP
The New York Times Building
620 Eighth Avenue
New York, NY 10018

*Attorneys for Defendant Boyd Gaming Corporation*

**IT IS SO ORDERED**.

DATED: 2/11/2026

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

**<u>CERTIFICATE OF SERVICE</u>**

I certify that I am an employee of Pisanelli Bice, PLLC, and that on the 10th day of February 2026, I caused to be served via the Court's e-filing/e-service system a true and correct copy of the above and foregoing **MOTION TO WITHDRAW HARRISON A. NEWMAN, ESQ. AS COUNSEL OF RECORD** to all parties registered for electronic:

*/s/ Yalonda Dekle*
An employee of Pisanelli Bice PLLC

1